```
1  LEE PLUMMER
   Attorney at Law
2  4045 Bonita Rd. #202
   Bonita, Ca. 91902
3  Telephone (619) 267-1710
4
   Attorney for Defendant
5  Mario Valenzuela Valdez
6
7
                   UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9
                     (HON. LARRY A. BURNS)
10
   UNITED STATES OF AMERICA,  )  Criminal No. 06-CR-1723-LAB
11                            )
          Plaintiff,          )  STIPULATION
12                            )  FOR ORDER
   v.                         )
13                            )
   MARIO VALENZUELA VALDEZ,   )
14                            )
          Defendant.          )
15 _____)
16
17      IT IS HEREBY STIPULATED by and between the parties that hearing
   set for November 6, 2006 for acceptance of plea and sentencing be
18
   continued to November 20, 2006. The reason for the continuance is that
19
   defense counsel will be unavailable on November 6, 2006.
20
21
        SO STIPULATED.
22
23
   Dated: 8-28-0
24                                  I. Lee Plummer
                                    Attorney for Defendant
25
26
27
   Dated: 8/30/06
28                                  Christopher McFadden
                                    Assistant United States Attorney
```

FILED SEP - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-CR-1723-LAB |
| Plaintiff, | **ORDER** |
| v. | |
| MARIO VALENZUELA VALDEZ, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT THE HEARING SET FOR NOVEMBER 6, 2006 BE CONTINUED TO NOVEMBER 20, 2006 AT 9:30 A.M.

SO ORDERED.

Dated: 9-1-06

HON. LARRY A. BURNS
United States District Court Judge